UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**FILED**
NOV 19 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Delana D. Ditterline, Terry L. Ditterline )
Bryan A. Ditterline, )
Brandon A. Ditterline, )
_____ )
             Plaintiff )
    v.           Katisha )
Officer Dustin Turska, Officer ~~Pitts~~ )
Ray, Officer Lyle Loomack, Officer )
Martin Ethridge, Chief Lloyd Bosecker, )
Dirty Kent Ray, Mound Police Department, )
         Defendant(s) & Pulaski County Sheriff's Department

Case Number: 15-1287-MJR-SCW
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

I.    **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

II.    **PARTIES**

**Plaintiff:**

   A.    Plaintiff, a citizen of _Illinois_ (state), who resides at _Mounds, IL 62964_, alleges that ~~his/her~~ (their) civil rights were violated by the individual(s) named below.

**Defendant #1:**

   B.    Defendant _Mounds Police Department_ is employed as
                   (a)     (Name of First Defendant)
   _Civil servants for civil safty and protection._
       (b)           (Position/Title)

(10/2010)

with Officers that Follow: Kitisha Ray, Dustin Tunska, Lyle Womack, Martin Ethridge, Chief Lloyd Bosecker. All Listed 217 First Street, Mounds, IL. 62964
(c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, each Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: Each was a law enforcement officer who used great bodily force, under command of this Departments Chief, to harrass our family.

Check one of the following:

☒ This defendant **personally participated** in causing our injuries, and I want **money damages**.

☒ The **policy** and **custom** of this official's Mounds Police Force agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).
Violating our civil rights

**Defendant #2:**

C. Defendant Kitisha N. Ray is employed as
(Name of Second Defendant)

Police Officer for the city of Mounds
(Position/Title)

with Mounds, IL. 62964 (Mounds Police Dept.) 217 First Street
(Employer's Name and Address)
Under Former: (Chief Llyod Bosecker)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: Used Great bodily Force Under Mounds Police department and command former Chief named above (Bosecker) which had a personnal issue with my family due to a relative of his, (The former Chief) causing these actions + altercations on our family

Check one of the following:

☒ This defendant **personally participated** in causing our injuries, and I want **money damages**.

☒ The **policy or custom** of this official's Mounds Police Force agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.  Defendant **Dustin Turska** is employed as
    (Name of Third Defendant)

    **Police Officer**
    (Position/Title)

    with **Mounds Police Department, 217 First Street, Mounds IL 62964**
    (Employer's Name and Address)

    **Under Former: (Chief Llyod Bosecker)**

    At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☒ Yes ☐ No

    If you answer is YES, briefly explain: Used Great Bodily Force, Under Mounds Police Department and cammand former Chief named above, (Bosecker) which he (Bosecker) had a perssonal issue with my family due to a relative of his (Bosecker's) and causing these altercations and actions, on our family.

    Check one of the following:

    ☒ This defendant **personally participated** in causing our injuires, and I want **money damages**.

    ☒ The **policy or custom** of this official's Mounds Police Force agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary. Continued on following pages.

(10/2010)

**Defendant #4**

D. Defendant **Lyle Womack** is employed as
(Name of Third Defendant)

**Police Officer**
(Position/Title)

with **Mounds Police Department, 217 First Street, Mounds, IL 62964**
(Employer's Name and Address)

**Under Former: (Chief Llyod Bosecker)**

At the time the claim(s) alleged in this complaint arose, was Defendant #4 employed by the state, local, or federal government? [X] Yes [ ] No

If you answer is YES, briefly explain: **Used Great Bodily Force. Under Mounds Police Department and Cammand former Chief named above (Llyod Bosecker) which, he (Bosecker) had a personnal issue with Our family du to a relative of his (Bosecker) and causing these altercations and actions on Our family.**

Check one of the following:

[X] This defendant **personally participated** in causing ~~my injury~~ **our injuries**, and I want **money damages**.

[X] The **policy or custom** of this official's ~~government~~ **Mounds Police Force** agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary. **Continued on following pages.**

(10/2010)

**Defendant #5**

D. Defendant __Martin Ethridge__ is employed as
  (Name of Third Defendant)

__Police Officer__
  (Position/Title)

with __Mounds Police Department, 217 First Street, Mounds, IL 62964__
  (Employer's Name and Address)

__Under Former: (Chief Llyod Bosecker__

At the time the claim(s) alleged in this complaint arose, was Defendant #5 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: Under Mounds Police Department and Command former Chief named above (Llyod Bosecker) which, he (Bosecker) had a personnal issue with our family due to a relatioe of his, (Bosecker) and causing these altercations and actionson our family.

Check one of the following:

☒ This defendant **personally participated** in causing ~~my injury~~ Our injuries, and I want **money damages**.

☒ The **policy or custom** of this official's ~~government~~ Mound Police Force agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Continued on following pages.

(10/2010)

Defendant # 6

D.  Defendant __Dep. Kent Ray # 752__ is employed as
   (Name of Third Defendant)

__Deputy, County of Pulaski, IL.__
   (Position/Title)

with __Pulaski County Sheriff's Department__
   (Employer's Name and Address)

__Mound City, IL. 62963__

At the time the claim(s) alleged in this complaint arose, was Defendant #6 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: Used Great Bodily Force. Dep. Kent Ray # 752 employed at Pulaski County Sheriffs Department is the husband of Police Officer of former Kitisha Ray whom was the officer also under the command of (Chief Llyod Bosecker) of Mounds Police Department. And was told by Sheriff Kern to disreguard and not get involved, Officer Kent Ray disobeyed orders and did so anyway.

Check one of the following:

☒ This defendant **personally participated** in causing ~~my injury~~ our injuries, and I want **money damages**.

☒ The **policy or custom** of this official's ~~government~~ Pulaski County Shenriffs Department agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Continued on folling pages.

(10/2010)

**Defendant #7:**

D. Defendant **Lloyd Bosecker** is employed as
(Name of Third Defendant)

**Chief of Mounds, IL.**
(Position/Title)

with **Mounds Police Department 217 1st Street, Mounds, IL. 62964**
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #7 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: Mr. Lloyd Bosecker was Chief of the city of Mounds and had a perssonal issue with our family in which our family even tried to resolve by going to the States Attorney to set-up a meeting and was unsuccessful due to no response, except continued harrassment, ect.

Check one of the following:

☒ This defendant **personally participated** in causing our injuries, and I want **money damages**.

☒ The **policy or custom** of this official's Mounds Police Department agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Continued on Folling Pages.

(10/2010)

**Defendant #8:**

D. Defendant <u>Pulaski County Sherriffs Dept.</u> is employed as
(Name of Third Defendant)

<u>(Dep. Kent Ray) to protect and server civilian rights.</u>
(Position/Title)

with <u>Pulaski County Sherriffs Department</u>
(Employer's Name and Address)

<u>Mound City, IL. 62964</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #8 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: The Department in which their Officer Kent Ray engaged in this action against our family.

Check one of the following:

☒ This defendant **personally participated** in causing ~~my injury~~ our injuries, and I want **money damages**.

☒ The **policy or custom** of this official's ~~government~~ Pulaski County Sherriff's Dept. agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III.  **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?
☒ Yes ☐ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s): Walker vs IDOC

            Defendant(s): Illinois Department of Corrections

        2.    Case number: 63- cv 857

        3.    Name of Judge to whom case was assigned:

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settled

IV.  STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

Subjected to excessive force and brutality due to our last names not conduct we engaged in, each persons has phisical disabilities which the defendants know of without any cause. This excessive authority has became really overwhelming since the beginning of November of 2013, and until this present is still occurring to this date.

(10/2010)

V.  **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ determination amount after trail

Punitive damages in the amount of $ amount to be determined after trail

An ordering requiring defendant(s) to: Follow state and federal constitution and declaration that each of the defendants violated all of plaintiffs civil rights and abused and exceeded their authority as Law enforcement, (civil servants).

A declaration that:

Other:

VI.  **JURY DEMAND** (*check one box below*)

Plaintiff ☒ does or ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 10-30-2015
(date)

1459 Bucher Road
Street Address

Mounds, IL 62964
City, State, Zip

(573) 837-0178

(10/2010)

Delana D. Ditterline, Terry L. Ditterline
Bryan A. Ditterline, Brandon A. Ditterline
Signature of Plaintiff

Delana D. Ditterline, Terry L. Ditterline
Bryan A. Ditterline, Brandon A. Ditterline
Printed Name