FILED
JAN 11 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Delana D. Ditterline, Terry L Ditterline )
Brandon A. Ditterline                    )
Bryan A. Ditterline                      )
_____  )
             Plaintiff                   )
                v.                       )  Case Number: 15-cv-01287-MJR-SCW
Mounds Police Department, Office Kitisha )              (Clerk's Office will provide)
N. Ray, Officer Dustin Juncka, Officer   )
Lyle Womack, Ex-Chief Lloyd Rosecker,    )
Pulaski County Sherriff Department, Pulaski )
County Deputy Kent Ray                   )
             Defendant(s)

## 1st Amended PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I.   JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II.  PARTIES**

**Plaintiff:**

A.   Plaintiff, a citizen of Illinois (state), who resides at Mounds, IL. 62964, alleges that ~~his/her~~ (their) civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant Mounds Police Department (Name of First Defendant) ~~is employed~~ whom was employer as of the following employers. (Position/Title)

(10/2010)

with <u>Officers that follow: Officer Kitisha N. Ray, Officer Dustin Tunska, Officer Lyle Womack, and Chief at the time Chief Lloyd Bosecker.  217 First Street, Mounds, IL. 62964</u>
(c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, ~~was~~ each Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:

See Section #4 Attatched

Check one of the following:

☒ This defendant **personally participated** in causing ~~my injury~~ our injuries, and I want **money damages**.

☒ The **policy** ~~or~~ and **custom** of this official's ~~government agency~~ Mound Police Department violates my rights, and I seek **injunctive relief** (to stop or require someone to something).
violating our civil rights

**Defendant #2:**

C. Defendant <u>Kitisha N. Ray</u> ~~is~~ was employed as
(Name of Second Defendant)

<u>Mounds Police Officer for the City of Mounds</u> @ time of incident.
(Position/Title)

with <u>Mounds, IL. (Mounds Police Department)</u>
(Employer's Name and Address)
<u>under Command former (Chief Llyod Basecker)</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

See Section #4 Attatched.

Check one of the following:

☒ This defendant **personally participated** in causing ~~my injury~~ our injuries, and I want **money damages**.

☒ The **policy or custom** of this official's ~~government agency~~ Mounds Police Department violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #3:**

D.  Defendant <u>Officer Dustin Turska</u> was employed as
    (Name of Third Defendant)

<u>Police Officer</u>
(Position/Title)

with <u>Mounds Police Department</u> at time of incident.
     (Employer's Name and Address)

<u>Under former, Chief Lloyd Bosecker</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

See Section #4 Attatched

Check one of the following:

☒ This defendant **personally participated** in causing ~~my injury~~ our injuries, and I want **money damages**.

☒ The **policy or custom** of this official's ~~government~~ Mounds Police Department agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary. Continue on Folling pages

(10/2010)

**Defendant #4:**

D. Defendant **Officer Lyle Womack** is employed as
(Name of ~~Third~~ Fourth Defendant)

**Police Officer**
(Position/Title)

with **Mounds Police Department**
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #4 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

See Section #4, Attatched

Check one of the following:

☒ This defendant **personally participated** in causing ~~my injury~~ Our injuries, and I want **money damages**.

☒ The **policy or custom** of this official's ~~government agency~~ Mounds Police Department violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary. Continued on Following pages

(10/2010)

**Defendant #5:**

D.   Defendant _Ex-Chief Lloyd Bosecker_ was employed as
        (Name of Fifth Defendant)

_Chief of Police_
        (Position/Title)

with _Mounds Police Department_
        (Employer's Name and Address)

---

At the time the claim(s) alleged in this complaint arose, was Defendant #5 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:

_See Section #4, Attatched_

Check one of the following:

☒ This defendant **personally participated** in causing ~~my injury~~ our injuries, and I want **money damages**.

☒ The **policy or custom** of this official's ~~government agency~~ Mounds Police Department violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary. _Continued on Following pages_

(10/2010)

**Defendant #~~3~~ 6:**

D.  Defendant <u>Pulaski County Sheriff Department</u> ~~is employed~~ as
    (Name of ~~Third~~ Sixth Defendant)

<u>employer of following (Deputy Kent Bay),</u>
    (Position/Title)

with <u>Pulaski County Sheriff Department.</u>
    (Employer's Name and Address)

<u>500 Illinois Ave            Mound City, IL 62963</u>

At the time the claim(s) alleged in this complaint arose, was Defendant #~~3~~ 6 employed by the state, local, or federal government? [X] Yes [ ] No

If you answer is YES, briefly explain: <u>Pulaski County refuse to give or destroyed evidence of abuse by their officer under their authority caused great bodily injury. (Also look at Section #4)</u>

Check one of the following:

[X] This defendant **personally participated** in causing ~~my injury~~ our injuries, and I want **money damages**.

[X] The **policy or custom** of this official's ~~government agency~~ Pulaski County Sheriff Department violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

<u>Continued on following pages.</u>

(10/2010)

**Defendant #7:**

D.   Defendant  Deputy Kent Ray # 752  is employed as
     (Name of ~~Third~~ Defendant)

   Seventh Deputy, County of Pulaski, Illinois
   (Position/Title)

   with  Pulaski County Sheriff's Department
         (Employer's Name and Address)
                              Mound City, IL 62963

At the time the claim(s) alleged in this complaint arose, was Defendant #7 employed by the state, local, or federal government?  ☒ Yes  ☐ No

If you answer is YES, briefly explain:

   See Section #4, Attatched

Check one of the following:

☒   This defendant **personally participated** in causing our injuries ~~my injury~~, and I want **money damages**.

☒   The **policy or custom** of this official's ~~government agency~~ Pulaski County Sheriff Department violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III.   **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?
          ☒ Yes  ☐ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s): Walker VS IDOC

            Defendant(s): Illinois Department of Corrections

        2.    Case number: 63-cv 857

        3.    Name of Judge to whom case was assigned:

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settled

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

Attached are typed statements and paper work to this form for November of 2013.

(10/2010)

Terry Lee Ditterline

1. Civil rights violated by Mounds PD Officer Dustin Turska for trying to detain myself, Terry Ditterline, for no lawful reason after I presented my driver's license stating who I was when I arrived at the VFW driveway in Mounds, Illinois where Officer Turska was sitting. My wife, Delana Ditterline, was already at said place speaking with Officer Turska about the incident which had occurred minutes before this concerning our son, Brandon Ditterline. I asked Officer Turska if he wanted my ID and he said, "No." I asked again and he stated again, "No." I then replied that I was going home and placed my ID back in my wallet. At that time, Officer Turska went back to his vehicle as I was proceeding to go to my residence at 1459 Bucher Rd, Mounds, Illinois, I had not violated any laws. I was going home with my hazard lights on, at 25 mph. I did not disobey any traffic violations or commit a crime, so I proceeded home where I felt safe do to past conflicts.

2. I (Terry Ditterline) approached my driveway, at 1459 Bucher Rd Mounds, Illinois after leaving the VFW driveway and Dept. Kent Ray ran up to my truck window with his weapon pulled, asking me to show my hands, and I complied. At this time I (Terry Ditterline) began to explain that I have a disease, Parsonage Turner Palsy, and I cannot open the truck door with my left hand and that I also had my seatbelt on. I removed my seatbelt and Dept. Kent Ray aware of my condition, pulled me from my truck by my left arm as I was screaming in pain because of electrical shocks going through my body due the excessive force that was applied to my left arm. At that point, Dept. Kent Ray stated to me the he was going to "choke me the fuck out" and "you're going to sleep" and I repeated to Dept. Ray that I was in extreme pain. I was then arrested and taken to Tri-County Detention Center.

3. After I (Terry Ditterline) arrived in my driveway, at 1459 Bucher Rd Mounds, Illinois after leaving the VFW driveway as Dept. Kent Ray was attacking me, Mounds PD Officer Lyle Womack assisted Officer Turska in handcuffing me, continually pulling on my left arm with malicious force after knowing of my disease and me repeating it to them.

4. As I, (Terry Ditterline) arrived in my driveway at 1459 Bucher Rd, Mounds, Illinois Dept. Kent Ray pulled in directly behind my truck with his lights on. When asked about the county cars and video surveillance, Pulaski County Sheriff Randy Kern stated to my wife, Delana Ditterline that if the vehicle's lights are on, the cameras are on but when I requested a copy of the video from Dept. Kent Ray's vehicle on the day of the incident they cannot produce one.

<u>Delana Denise Ditterline</u>

1. Civil rights were violated by Mounds PD Officer Kitisha N. Ray on 11-26-13 when at my (Delana Ditterline's) residence at 1459 Bucher Rd in Mounds Illinois was approached by Kitisha Ray as I was trying to explain to the officers that my husband, Terry Ditterline, had a disease that affected his shoulder and that he had a brace on his left arm and his whole upper extremity was limited on mobility. At that time, Officer Kitisha Ray came at me aggressively, grabbing my arm, shoving me back into the finder of the truck drove by Terry Ditterline. I then explained to her, Officer Kitisha Ray, that I had just had back surgery and that I was in a back brace. She then proceeded to say, "Back surgery my ass" and put handcuffs on me. She then dragged me to the Mounds PD car and proceeded to forcefully shove me into the back of the car by pushing on my knees and grabbing my wrist and shoving my upper body back. I told her again that I was unable to lift my right leg due to the back surgery, although she continued to shove me in the vehicle while I was unaware of the reasoning for my detainment. I had not broken any laws or committed a crime.

## Bryan Andreau Ditterline

1. Civil rights were violated by Mounds PD Officer Dustin Turska as I, (Bryan Ditterline) approached my driveway, at 1459 Bucher Rd Mounds, Illinois after leaving the VFW driveway and exiting my father's truck. Officer Turska immediately drew his gun, pointing a red laser at my head, ordering me to get on the ground. I Bryan Ditterline complied with Officer Turska and kneeled on my knees with my hands behind my head. Officer Turska then kicked me in my back, and pushed my head into the ground, while cuffing me. He (Officer Turska) then jerked me up by my shoulder, hurting my right shoulder, which has had previously had surgery. After getting to my feet, I was punched in the face by Officer Turska, and put into the squad car.

<u>Brandon Avery Ditterline</u>

1. Civil rights were violated by Mounds PD Officer Dustin Turska on 11-26-13 when at the Fill Up Mart in Mounds Illinois when Officer Turska threatened to "give me a ticket" for a falsified traffic violation and then what happened after that.
2. At my arrival at my residents at 1459 Bucher Rd from the incident at the Fill Up Mart, was approached by Mounds PD Officer Lyle Womack who threatened to taze me when I was approaching the incident in which I was concerned for my family's well being due to the excessive force that was being taken towards my family members. At that time, Officer Lyle Womack forcefully attacked me, pushing at my chest knowing that I am an open heart surgery patient and swinging at me trying to injure me as I was going to check on my family members.
3. As I was walking up to my mother (Delana Ditterline), Dept. Kent Ray aggressively approached me, shoving me, at my chest, into the vehicle knowing that I am an open heart surgery patient and that force could cause great bodily harm. He then put me in handcuffs and forcefully poked at my chest several times while my hands were cuffed behind my back. I had not been a threat to any officer nor committed a crime.
4. When asked Chief Lloyd Bosecker about a previous traffic stop in Mounds involving my license plate display, Lloyd Bosecker said it's "his Goddamn town" and "his Goddamn law" and "he would run this town any way he pleased" and he also stated that he would, "have any of his officers pull me over any time he wanted."
5. Barbra Khourie, aunt of Chief Bosecker had threatened to destroy my career after a family dispute between her, her son and her granddaughter whom I was dating. I stood up for my girlfriend and because of that it has led to these incidents. Lloyd Bosecker threatened myself and my father (Terry Ditterline) "right time, right place" on many occasions.

V.  **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

    Plaintiff requests that the court grant the following relief:

        Compensatory damages in the amount of $ (To be determined after trial.)

        Punitive damages in the amount of $ (To be determined after trial.)

        An ordering requiring defendant(s) to: Follow state and federal Constitution and declaration that each of the defendants, violated all of plaintiffs civil rights and abused and exceeded their authority as law enforcement, (civil servants).

        A declaration that:

        Other:

VI.  **JURY DEMAND** (*check one box below*)

    Plaintiff ☒ does or ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 01-9-2016
(date)

1459 Bucher Road
Street Address

Mounds IL 62964
City, State, Zip

Delana D. Ditterline, Brandon Ditterline
Terry L. Ditterline, Bryant Ditterline
Signature of Plaintiff

Delana D. Ditterline, Terry L. Ditterline, Brandon Ditterline
Bryan A Ditterline, Brandon A Ditterline
Printed Name

(10/2010)