FILED

UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

JAN 11 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Brandon A. Ditterline
_____
Plaintiff(s)

Mounds Police Department, Officer Kitisha N. Ray,
Officer Dustin Turska, Officer Lyle Vomacle, Ex-
_____
Defendant(s)    Chief
          Llyod Boecker

Pulaski County Sheriff Department, Deputy Kent Ray

Case Number: 15-CV-01287-MJR-SCW

## MOTION AND AFFIDAVIT TO PROCEED
## IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this motion, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
**I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. NOTE: You must have an authorized institutional officer complete the last page of this form.**

2. *If not incarcerated.* If I am employed, my employer's name and address are:
   DHS Division of Rehabilitation Services
   1000 N. Main Street Willow Hall Suite A
   Anna, IL. 62906
                                        total a month
My gross pay or wages are: $ 1236.00 monthly, and my take-home pay or wages are: $ 730.00 month per

(specify pay period) 2x month .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

   (a) Business, profession, or other self-employment    ☐ Yes   ☑ No
   (b) Rent payments, interest, or dividends              ☐ Yes   ☑ No
   (c) Pension, annuity, or life insurance payments       ☐ Yes   ☑ No
   (d) Disability or worker's compensation payments       ☐ Yes   ☑ No
   (e) Gifts or inheritances                              ☐ Yes   ☑ No
   (f) Any other sources                                  ☐ Yes   ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

1994 Chevy Camaro $ 2,400.00 cash value

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Sun loan       $33.00    month
Auto Ins.      $180.00   month
Phone          $50.00    month
transportation. $150.00   month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Sun Loan $200.00
Auto Ins.
phone

*Declaration:* **I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.**

Date: 1-9-2016

Brandon Ottorlino
_Movant's signature_

Brandon Ottorlino
_Printed name_

AO 240 (Rev. 06/09) Motion to Proceed in District Court Without Prepaying Fees or Costs (Short Form) MODIFIED SDIL (7/2010)