**FILED**

# UNITED STATES DISTRICT COURT

JAN 11 2016

for the

Southern District of Illinois

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Delana D Ditterline )
_____ )
_____*Plaintiff(s)*_____ )
)
Mounds Police Department; Officer Kitisha N. Ray, Officer )
Dustin Turska, Officer Lyle Womack, Ex-Chief Lloyd Boszick )
_____*Defendant(s)*_____ )

Pulaski County Sheriff Department, Deputy Kent Ray

Case Number: 15-CV-01287-MJR-SCW

## MOTION AND AFFIDAVIT TO PROCEED
## IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this motion, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
**I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. <u>NOTE: You must have an authorized institutional officer complete the last page of this form.</u>**

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ ___0___ , and my take-home pay or wages are: $ ___0___ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | Yes | No |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Social Security (SSDA) $ 1,212.00
SERS (State Retirement)
            Occupational Benefits $ 2,171.00

4. Amount of money that I have in cash or in a checking or savings account: $ 0 _____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2002 PT Cruiser $1500.00 (Broke down)

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

House payments - $707.00
Elec. Bill. 257.00
Water 50.00
Car payment 240.00
Truck payment 244.00
Phone 100.00
(Verizon) Internet 75.00
Sun Loan $155.00

transportation (gas to go to doctors) $200.00 + ect. monthly
Tractor $328.11
Lowes $100.00
Auto Farmers Ins. $298.00
Globe Life $23.00
Doctor bills and medications $350.00 monthly
Lowes $100.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Terry Ditterline 100%
Bryan Ditterline 100%

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

House $53,911.91 - First State Bank Olmsted
Car 7,600.00 - Fifth 3rd Bank
Truck 5,484.86 - Scott Credit Union
Tractor 19,000.00 - Agricredit Acceptance
Lowes 2,100.00 - Lowes
Sun Loan 1,400.00 - Sun Loan

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Date: 01-9-2016

_Delora D. Ditterline_
*Movant's signature*

_Delora D. Ditterline_
*Printed name*