# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DELANA D. DITTERLINE, TERRY L. DITTERLINE, BRYAN A. DITTERLINE, and BRANDON A. DITTERLINE,<br><br>    Plaintiffs,<br><br>    v.<br><br>KITISHA N. RAY, DUSTIN TURSKA, and LYLE WOMACK,<br><br>    Defendants. | Case No. 3:15-cv-01287-JPG-SCW |

## ORDER

On December 12, 2017, G. Patrick Murphy entered his appearance in this case as one of the attorneys for the plaintiffs.  Although this presents no actual conflict under the Code of Conduct for United States Judges, *Guide to Judiciary* Policy, Vol. 2, Pt. A, Ch. 2, I want to advise both the plaintiffs and defendants of my past relationship with Mr. Murphy.

Mr. Murphy was appointed by President Bill Clinton and was confirmed by the Senate as a district judge for the United States District Court for the Southern District of Illinois in 1998. He served as an Article III judge and colleague of mine until his retirement in December 2013, at which time he returned to private practice.  In early 2016, Mr. Murphy represented me in an administrative proceeding before the United States Court of Appeals for the Seventh Circuit at the expense of the Administrative Office of the United States Courts.  That representation is complete, and I currently have no legal or financial relationship with Mr. Murphy.  Nevertheless, I want to fully disclose my past association with Mr. Murphy.

If any party feels that, in light of this past association, my honesty, integrity and independence could reasonably be questioned in this case or that my presiding over the case

otherwise creates an appearance of impropriety, I would honor a request to recuse myself from this case and would have it randomly assigned to another judge. Any such motion must be filed within 14 days of entry of this order. If no request is received within 14 days, I will remain assigned to this case.

**IT IS SO ORDERED.**

**DATED:  DECEMBER 15, 2017**

>  **s/ *J. Phil Gilbert*** 
>  **J. PHIL GILBERT**
>  **DISTRICT JUDGE**