UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DELANA D. DITTERLINE, TERRY L. DITTERLINE, BRYAN A. DITTERLINE, and BRANDON A. DITTERLINE,<br><br>    Plaintiffs,<br><br>    v.<br><br>KITISHA N. RAY, DUSTIN TURSKA, and LYLE WOMACK,<br><br>    Defendants. | Case No. 3:15-cv-01287-JPG-SCW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the jury having rendered a verdict,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Terry Ditterline and against defendant Dustin Turska in the amount of $500.00 in compensatory damages and $2,000.00 in punitive damages;

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Lyle Womack and against plaintiff Terry Ditterline;

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Dustin Turska and against plaintiff Bryan Ditterline;

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Lyle Womack and against plaintiff Brandon Ditterline; and

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Kitisha Ray and against plaintiff Delana Ditterline.

DATED: March 7, 2018

JUSTINE FLANAGAN,
Acting Clerk of Court

BY:      s/Tina Gray
            Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**